UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION (AT COVINGTON)

CIVIL ACTION NO. 14-206-DLB-JGW

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.        VERIFIED CLAIM OF NATHANIEL BROOKS
                    IN DEFENDANT PROPERTY

$11,833.00 IN UNITED STATES CURRENCY                                  DEFENDANT

\* \* \* \* \* \*

Now comes claimant Nathaniel Brooks and submits the following verified claim in the Defendant currency:

1. The property claimed by claimant Nathaniel Brooks is $11,833.0 in United States currency.

2. Claimant Nathaniel Brooks maintains ownership of said currency by virtue of his ownership of Loyalty Realty Group, LLC and Loyalty Royalty Group, LLC is an Ohio limited liability company and said company is the owner of Defendant currency.

3. Said currency are proceeds from the sale of two real estate properties by Loyalty Realty Group LLC, to wit:

> 256 Worth Street
> Cincinnati, Ohio 45226

> and

> 1509 Providence Street
> Cincinnati, Ohio 45214.

Nathan Brooks attests and declares under penalty of perjury that the above-information is true and correct.

_____
NATHANIEL BROOKS

STATE OF OHIO      )
                   ) ss:
COUNTY OF HAMILTON )

Sworn to and subscribed in my presence on this 20 day of January, 2015 by Nathaniel Brooks.

_____
Notary Public

Respectfully submitted.

SANTEN & HUGHES, LPA

/s/ H. Louis Sirkin
_____
H. Louis Sirkin (Ohio Bar No. 0024573)
600 Vine Street, Suite 2700
Cincinnati, Ohio 45202
Tel: (513) 721-4450/Fax: (513) 721-0109
Email: hls@santen-hughes.com

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was electronically served upon Wade T. Napier, Assistant U.S. Attorney, 207 Grandview Drive, Suite 400, Fort Mitchell, Kentucky 41017.

/s/ H. Louis Sirkin
_____
H. Louis Sirkin (Ohio Bar No. 0024573)

565248v1