**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION (AT COVINGTON)**

**CIVIL ACTION NO. 14-206-DLB-JGW**

**UNITED STATES OF AMERICA**                                  **PLAINTIFF**

**vs.**                **ANSWER OF CLAIMANT NATHANIEL BROOKS**

**$11,833.00 IN UNITED STATES CURRENCY**               **DEFENDANT**

\* \* \* \* \* \*

Now comes claimant, Nathaniel Brooks, who in response to the Verified Complaint for Forfeiture in rem answers and states as follows:

<u>**ANSWER**</u>

1.    Brooks admits the allegations in paragraph 1 of the Verified Complaint to the extent they accurately recite the referenced federal statutes.

2.    Brooks admits the property is in the custody of the United States Marshall service in the Eastern District of Kentucky. For want of information denies the remaining allegations contained in paragraph 2 of the Verified Complaint.

3.    Brooks concedes that this Court has jurisdiction over this proceeding as set forth in paragraph 3 of the Verified Complaint.

4.    Brooks for want of information denies the allegations contained in paragraph 4 of the Verified Complaint.

5.    Brooks admits venue is proper in this district as alleged in paragraph 5 of the Verified Complaint.

6.    Brooks denies the allegations as set forth in paragraph 6 of the Verified Complaint.

7. Brooks for want of knowledge denies the allegations set forth in the Affidavit referred to in paragraph 7 of the Verified Complaint and incorporated by reference in said Verified Complaint.

## AFFIRMATIVE DEFENSES

8. The Verified Complaint fails to state a claim upon which relief can be granted.

9. The forfeiture of Brooks' currency constitutes a taking of property without just compensation in violation of the Fifth Amendment to the United States Constitution.

10. The seizure of Brooks' currency without probable cause constitutes an unconstitutional seizure in violation of the Fourth Amendment to the United States Constitution.

WHEREFORE, claimant Nathaniel Brooks respectfully requests this Court deny a warrant of arrest in rem as prayed for by the United States, release said currency to him, award costs and attorney fees to him, and such other relief as the Court deems equitable and property.

Respectfully submitted,

SANTEN & HUGHES, LPA

*/s/ H. Louis Sirkin*
H. Louis Sirkin (Ohio Bar No. 0024573)
600 Vine Street, Suite 2700
Cincinnati, Ohio 45202
Tel: (513) 721-4450/Fax: (513) 721-0109
Email: hls@santen-hughes.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was provided via the Court's was electronic filing and notification system (CM/ECF) to all counsel of record on the 2nd day of February, 2015.

*/s/ H. Louis Sirkin*
H. Louis Sirkin (Ohio Bar No. 0024573)

566986v1